**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| BERNABE ORLANDO NAJERA-GOMEZ, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 12-73419 <br><br> Agency No. A072-528-465 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 10, 2014[**]

Before:     PREGERSON, LEAVY, and MURGUIA, Circuit Judges.

Bernabe Orlando Najera-Gomez, a native and citizen of Guatemala, petitions

for review of the Board of Immigration Appeals' ("BIA") order dismissing his

appeal from an immigration judge's order denying his application for cancellation

of removal.  Our jurisdiction is governed by 8 U.S.C. § 1252.  We dismiss the

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

petition for review.

We lack jurisdiction to review the BIA's discretionary determination that Najera-Gomez failed to demonstrate the requisite hardship for cancellation of removal. *See Vilchiz-Soto v. Holder*, 688 F.3d 642, 644 (9th Cir. 2012) (order).

We also lack jurisdiction to consider Najera-Gomez's contention that his case warrants a favorable exercise of prosecutorial discretion. *See id.*

**PETITION FOR REVIEW DISMISSED.**